S. Ct. order filed 3/17/03;
case is vacated and remanded

Petition for cert granted by
order filed 3/10/03; opinion
filed 6/24/02 is vacated

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6252**

───────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

MELVIN QUICK,

                                        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Williams, Senior District Judge, sitting by designation. (CR-96-134, CA-01-58-3-W-V)

───────────

Submitted:  June 12, 2002            Decided:  June 24, 2002

───────────

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Melvin Quick, Appellant Pro Se.  Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melvin Quick seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Quick, Nos. CR-96-134; CA-01-58-3-W-V (W.D.N.C. filed Nov. 26, 2001 & entered Nov. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED